UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x    Case No. 18-22715 - RDD

                                          :

In re:                                    :    Chapter 13

                                            :

VINCENT A. VITIELLO,                    :

                                            :

                        Debtor.           :

------------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Putnam County in these proceedings, and pursuant to Rules 2002 and 3017(a) of the Rule of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
> Counsel to Joseph A. Lux, CPA, PLLC
> 1133 Westchester Avenue
> White Plains, New York 10604
> Attn: David L. Tillem, Esq.
> Tel. No.: (914) 872-7104
> Fax No.: (914) 323-7001
> E-Mail: david.tillem@wilsonelser.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

7063921v.1

Dated:   White Plains, New York
         May 23, 2018

                                        WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

                             By: */s/ David L. Tillem*
                                David L. Tillem
                                1133 Westchester Avenue
                                White Plains, New York 10604
                                Tel. No.:  (914) 872-7104
                                Fax No.:  (914) 323-7001
                                E-Mail:   david.tillem@wilsonelser.com
                                File No.:  16571.00013

TO:

Penachio Malara LLP
245 Main Street
Suite 450
White Plains, New York 10601
Attn: Anne J. Penachio, Esq.

Krista M. Preuss
Trustee – Chapter 13
399 Knollwood Road, Ste 102
White Plains, New York 10603
Tel. No.: (914) 328-6333
Fax No:  (914) 328-7299

All other parties in interest via ECF

7063921v.1